No. 71–5840.  LENHARD *v.* UNITED STATES.  C. A. 2d Cir.  In his memorandum for the United States in response to petition for writ of certiorari in this case, filed February 1, 1972, the Solicitor General asserted a position different from that previously asserted by the United States in the United States Court of Appeals for the Second Circuit.  We therefore grant the petition, vacate the judgment, and remand case to that court for consideration in light of the position now asserted by the Solicitor General.